UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 25-cv-60392-WPD

SHERRI LOTT,

      Plaintiff,

v.

BREAD FINANCIAL
PAYMENTS, INC.

      Defendant

_____/

**Notice of Settlement**

COMES NOW, Defendant Bread Financial Payments, Inc., by and through its undersigned counsel, and files this Notice of Settlement to inform the court that Plaintiff and Defendant have reached an amicable settlement in the above-captioned matter resolving all matters before the court, and that, upon finalizing and effectuating settlement documents, a Dismissal of this matter will be filed.

Respectfully submitted by:

/s/ Charles J. McHale
Charles J. McHale, Esquire
FBN:  0026555
Email:  cmchale@mgl.law
**Martin Golden Lyons**
**Watts Morgan PLLC**
410 South Ware Blvd., Suite 806,
Tampa, FL 33619
TEL: (214) 346-2630
FAX: (214) 346-2631

**1 |** P a g e