UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60392-CIV-DIMITROULEAS

SHERRI LOTT,

     Plaintiff,

vs.

BREAD FINANCIAL PAYMENTS, INC.,

     Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal with Request to Retain Jurisdiction [DE 20], and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

Though the parties request that the Court retain jurisdiction for the purpose of enforcing their settlement agreement, the Court lacks the power to do so. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) . . . **the parties must *condition the effectiveness* of the stipulation on the district court's entry of an order retaining jurisdiction**.")

The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 14th day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Sherri Lott, *pro se*